# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>         v.<br><br>VICTOR ARAUJO,<br>   Aka Ernesto Sanabia-Araujo<br>   Aka Julio Cesar Sanabia-Araujo, and<br>REYNALDO SANABIA-ARAUJO,<br><br>         Defendants. | 2:19-CR-251-GMN-NJK<br><br>**ORDER GRANTING**<br>**Motion to Withdraw as Forfeiture Attorney** |

Pursuant to LR IA 11-6(b), the United States moves this Court to allow James A. Blum to withdraw as the forfeiture attorney of record for the United States of America in this case. Pursuant to LR IA 11-6(e), this Motion will not delay discovery, the trial, or any

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

hearing, and good cause is shown since undersigned is no longer residing in the District of Nevada and is no longer representing the United States in the District of Nevada.

Dated: July 15, 2022.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ James A. Blum
JAMES A. BLUM
Assistant United States Attorney

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

Dated: July 18, 2022