# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REYNALDO SANABIA-ARAUJO,<br><br>Defendant. | 2:19-CR-251-GMN-NJK<br>**ORDER GRANTING**<br>**Motion to Withdraw as Forfeiture Attorney** |

The United States moves this Court to allow Daniel D. Hollingsworth to withdraw as the forfeiture attorney of record for the United States of America in this case because forfeiture has been completed, and he should be terminated from further notification of this Court's CM/ECF system.

IT IS SO ORDERED:

Dated: November 12, 2025

_____
Nancy J. Koppe
United States Magistrate Judge